# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| FITZROY K. PROSPER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MARTIN O'MALLEY, Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. CV 23-02087-CBM(AS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records herein, and the attached Report and Recommendation of United States Magistrate Judge. The Court has also reviewed Plaintiff's Objections to the Report and Recommendation and Defendant's Response to Plaintiff's Objections, and rules as follows:

　　　1.　Plaintiff's objection that the Magistrate Judge erred in affirming the ALJ's finding regarding Plaintiff's physical residual functional capacity is **OVERRULED.**

2. Plaintiff's objection that the Magistrate Judge erred in affirming the ALJ's finding that Dr. Quines' opinion was unpersuasive is **OVERRULED**.

3. Plaintiff's objection that the Magistrate Judge erred in affirming the ALJ's discounting of Plaintiff's subjective statements about his limitations is **OVERRULED**.

Having made a de novo determination of the portions of the Report and Recommendation to which Objections were directed, the Court hereby concurs with and accepts the findings and conclusions of the Magistrate Judge.

**IT IS ORDERED** that (1) the Report and Recommendation is accepted and adopted as the Findings of Fact and Conclusions of Law herein; (2) the decision of the Administrative Law Judge is AFFIRMED; and (3) this action is DISMISSED WITH PREJUDICE.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment on counsel for Plaintiff and the United States Attorney for the Central District of California.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: January 28, 2025

CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE