JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| FITZROY K. PROSPER,<br><br>                    Plaintiff,<br><br>        v.<br><br>MARTIN O'MALLEY, Commissioner of Social Security,<br><br>                    Defendant. | Case No. CV 23-02087-CBM(AS)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge, IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and this action is dismissed with prejudice.

DATED: January 28, 2025

                    _____
                    CONSUELO B. MARSHALL
                    UNITED STATES DISTRICT JUDGE